UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN VENTURA,<br>Plaintiff,<br>v.<br>FRAN VELLA-MARRONE, et al.,<br>Defendants. | No. 2:26-cv-01703-DJC-CKD (PS)<br><br>ORDER |

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On July 14, 2026, the Magistrate Judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 4.) Plaintiff has not filed objections to the findings and recommendations.

Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served. It is the Plaintiff's responsibility to keep the Court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a review of this case. Having carefully reviewed this

matter, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed July 14, 2026 (ECF No. 4), are adopted in full.
2. This action is dismissed for failure to prosecute. See Fed. R. Civ. P. 41(b).
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 13, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

8 vent26cv1703.jo